■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUNDABIRA O. OJO, Appellant. [948 NYS2d 841]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SEMRAU, Appellant. [948 NYS2d 841]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. LYNCH, Appellant. [948 NYS2d 841]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of BARNEY M. MATHEWSON, JR., Respondent, v ELIZABETH S. SESSLER, Appellant. [948 NYS2d 841]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of the Arbitration between STARPOINT CENTRAL SCHOOL DISTRICT, Appellant, and CSEA, INC., LOCAL 872, STARPOINT CENTRAL SCHOOL DISTRICT BUILDINGS AND GROUNDS UNIT #7698, Respondent. [948 NYS2d 841]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ In the Matter of STATE OF NEW YORK, Appellant, v RICHARD LESTER, a Patient in the Care and Custody of St. Lawrence Psychiatric Center, Respondent. [948 NYS2d 841]—Motion for reargument, renewal or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ In the Matter of RAMON ALVAREZ, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [948 NYS2d 841]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey, And Peradotto, JJ.

■ SHAMEL SANDERS, Respondent, v SCOTT PATRICK et al., Appellants, et al., Defendants. [948 NYS2d 841]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.